PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00001-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | DATE:  July 1, 2022 |
| MOHAMMAD AJMAL, | TIME:  9:30 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on July 1, 2022 at 9:30 a.m.

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER          1          U.S. v. MOHAMMAD AJMAL

2. By this stipulation, the parties now jointly move to continue the bench trial to August 11, 2022 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: June 23, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ John Scanlon*
JOHN E. SCANLON
Special Assistant U.S. Attorney


*/s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Counsel for Defendant
(*Approved via email on 6/23/2022*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial currently scheduled on July 1, 2022 at 9:30 a.m. is continued to August 11, 2022 at 9:30 a.m.

FOUND AND ORDERED.

Dated: June 24, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE